UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY BYNUM INTEREST, INC., | § | |
| | § | |
| *Plaintiff/Counter-Defendant* | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-1005 |
| | § | |
| RYAN COMPANIES US, INC., | § | |
| | § | |
| *Defendant/Counter-Plaintiff.* | § | |

## ORDER

After considering defendant Ryan Companies US, Inc.'s ("Ryan") motion to dismiss plaintiff Tammy Bynum Interest, Inc.'s ("TBI") affirmative claims, the court finds the motion to be meritorious. Dkt. 14.

It is, therefore, ORDERED that the motion to dismiss is GRANTED and all of the claims and causes of action asserted by TBI against Ryan are hereby DISMISSED WITHOUT PREJUDICE.

All parties shall bear their own costs.

Signed at Houston, Texas on March 14, 2017.

_____
Gray H. Miller
United States District Judge